IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| REBECCA PASCHALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:12-cv-00789 |
| CLK MULTI-FAMILY MANAGEMENT, LLC, | ) Campbell/Knowles |
| Defendant. | ) |

**ORDER:** Motion granted. The Initial Case Mgt Conference is reset to October 15, 2012, at 10:00 a.m.

*/s/ E. Clifton Knowles*
U.S. Magistrate Judge

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Comes now, Plaintiff, REBECCA PASCHALL, who moves to continue the Initial Case Management Conference, as follows:

1. The Court granted Defendant's Motion for an Extension of Time to file an Answer for the parties to mediate this case.

2. The parties did not settle this case, and Defendant's Answer is due on or before October 5, 2012.

3. The Initial Case Management Conference is set for September 24, 2012, before Defendant's Answer is due.

4. Plaintiff respectfully moves the Court to Continue the Initial Case Management Conference to a date after Defendant's Answer is due.

Submitted this the 19th day of September, 2012.

Respectfully submitted,

/s/ Kerry Knox
KERRY KNOX, BPR #23302
117 South Academy Street
Murfreesboro, TN 37130
(615) 896-1000