UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**REBECCA PASCHALL** )
)
**v.** ) Civil Action No. 3:12-0789
) Judge Campbell/Knowles
**CLK MULTI-FAMILY MANAGEMENT, LLC** )

<u>**O R D E R**</u>

An Initial Case Management Conference in this action is set for **December 13, 2012, at 11:00 a.m.** before the undersigned.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge