```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


REBECCA PASCHALL                    )
                                    )
v.                                  )   Civil Action No. 3:12-0789
                                    )   Judge Campbell/Knowles
CLK MULTI-FAMILY MANAGEMENT, LLC)
```

### O R D E R

An Initial Case Management Conference in this action is set for **December 13, 2012, at 11:00 a.m.** before the undersigned.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge