ORDER:
Motion granted in part. The Initial Case Mgt Conference is continued to January 15, 2013, at 10:00 a.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| REBECCA PASCHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-00789 |
| | ) | |
| CLK MULTI-FAMILY MANAGEMENT, LLC, | ) | Campbell/Knowles |
| | ) | |
| Defendant. | ) | |

**JOINT NOTICE OF PENDING SETTLEMENT AND
MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Come now the parties who give notice that they have a settlement pending. Plaintiff is currently in bankruptcy, and the parties are awaiting approval by the bankruptcy court of the settlement. The parties do not anticipate any objections or issues with the proposed settlement; however, the settlement has not yet been approved.

As the parties anticipate the approval of the settlement, they respectfully move to continue the initial case management conference indefinitely in the unlikely event the settlement is not approved by the bankruptcy court. The parties will enter a Stipulation of Dismissal in the likely event the settlement is approved.

WHEREFORE the parties give notice and move as stated herein.